H. W. Phipps and James W. Sweeney, for appellant.
John Rynerson, George W. Long and Howe S. Landers, for appellees.

PER CURIAM.—Affirmed on the authority of Willett v. Larch (1920), 189 Ind. 410, 127 N. E. 546.

## EVANS ET AL. v. RENBARGER.

[No. 11,433. Filed January 10, 1923.]

From Miami Circuit Court; Albert Ward, Judge.

Action between Adam S. Evans and others and Elmer Renbarger. From the judgment rendered, the former appeal. Affirmed.

Asa Leckrone, for appellants.
M. L. Gochenour and N. N. Antrim, for appellee.

PER CURIAM.—Judgment affirmed.

## WHITSELL v. BROWN ET AL.

[No. 11,487. Filed January 24, 1923.]

From Morgan Circuit Court; Alfred M. Bain, Judge.

Action between John Whitsell and Elmer G. Brown and others. From the judgment rendered, the former appeals. Affirmed.

John E. Sedwick and Will H. Pigg, for appellant.
John C. McNutt and Paul V. McNutt, for appellees.

PER CURIAM.—Judgment affirmed.

## TARR ET AL. v. GUTHRIE ET AL.

[No. 11,355. Filed November 23, 1922. Rehearing denied February 14, 1923.]

From Washington Circuit Court; James L. Tucker, Judge.

Action between Jonathan P. Tarr and others and John M. Guthrie and others. From the judgment rendered, the former appeal. Affirmed.

Elliott & Houston, for appellants.
George W. McMahon and Hottel & Mead, for appellees.

ENLOE, J.—Affirmed on authority of Pittsburgh, etc., R. Co. v. Lightheiser (1906), 168 Ind. 438, 78 N. E. 1033.